IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MURRAY POTTER,

    Plaintiffs

v.                                 No. 2:20-cv-00823 KWR/KRS

FRANK TORRES and
CITY OF LAS CRUCES,

    Defendants.

## ORDER GRANTING STIPULATED MOTION
## TO MODIFY THE SCHEDULING ORDER

THIS COURT, having reviewed the Stipulated Motion to Modify the Scheduling Order, [Doc. 27], and being fully advised finds that the motion should be granted.

IT IS HEREBY ORDERED that the Court adopts the following deadlines:

| | |
|---|---|
| Plaintiff's Expert Deadline: | July 21, 2021 |
| Defendants' Expert Deadline: | August 23, 2021 |
| Termination of Discovery: | September 23, 2021 |
| Motions Related to Discovery: | October 8, 2021 |
| Dispositive Motion Deadline: | October 25, 2021 |
| Pretrial Order: Plaintiff to Defendant: | November 29, 2021 |
| Defendant to Court: | December 13, 2021 |

ALL OTHER deadlines in the Scheduling Order [Doc. 18] remain in place.

_____
Honorable Judge Kevin Sweazea
United States Magistrate Judge

1