IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MURRAY POTTER,

    Plaintiff,

v.                                        No. 2:20-cv-00823-KWR-KRS

DETECTIVE FRANK TORRES,
and CITY OF LAS CRUCES,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS COUNT I FOR FALSE ARREST

**THIS MATTER** came before this Court on Defendants, Detective Frank Torres' and City of Las Cruces' (collectively "Defendants") Unopposed Motion to Dismiss Count I for False Arrest with Prejudice. The Court has reviewed the Motion, and arguments and supporting authorities cited therein and considered that Plaintiff does not oppose the relief sought by Defendants. Accordingly, this Court finds that Defendants' Unopposed Motion to Dismiss Count I for False Arrest is **WELL-TAKEN** and should be **GRANTED.**

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    Count I is **DISMISSED WITH PREJUDICE**.

    B.    Each Party shall bear his/her/its own legal costs and fees incurred in the dismissal of this Count.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**Submitted by:**

ROBLES, RAEL & ANAYA

By:

/s/ Philomena Hausler
Philomena Hausler
Luis Robles
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228 (telephone)
(505) 242-1106 (facsimile)
luis@roblesrael.com
philomena@roblesrael.com

*Attorneys for City Defendants*

**Approved by:**

Via email on July 13, 2021
Margaret Strickland
MCGRAW & STRICKLAND, LLC
165 West Lucero Ave.
Las Cruces, NM 88005
(575) 523-4321
margaret@lawfirmnm.com

*Attorney for Plaintiff*