# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MURRAY POTTER,**

    Plaintiff,

v.                                                                                                        No. 2:20-cv-00823-KWR-KRS

**DETECTIVE FRANK TORRES**
**And CITY OF LAS CRUCES,**

    Defendants.

### ORDER GRANTING DEFENDANT TORRES' UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON HIS COMBINED MOTION AND BRIEF FOR SUMMARY JUDGMENT ON COUNT 2

**THIS MATTER** came before the Court on "Defendant Torres' Unopposed Motion to Exceed Page Limits on his Combined Motion and Brief for Summary Judgment Based on Qualified Immunity as to Count 2" ("MSJ") [Doc. 77]. Defendant Torres seeks leave to file up to a 31 page combined motion and brief for his MSJ so that he may present all the facts, authorities and arguments supporting his claim for summary judgment based on qualified immunity. The MSJ would exceed the page limits allowed under the Local Rules for a combined motion and supporting brief by 4 pages. However, the Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well taken and should be granted.

    **THEREFORE IT IS ORDERED THAT:**

1. Defendant Torres' Unopposed Motion to Exceed Page Limits on His Combined Motion and Brief for Summary Judgment Based on Qualified Immunity as to Count 2 (Doc. 77) is **GRANTED.**

2. Defendant Torres **SHALL HAVE LEAVE** to file up to a 31-page combined motion and brief in support of his MSJ.

Signed and dated in Chambers this **3RD** day of **FEBRUARY, 2022.**

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

ROBLES, RAEL & ANAYA, P.C.

s/ Philomena Hausler
Philomena Hausler
Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico  87102
(505) 242-2228
luis@roblesrael.com
philomena@roblesrael.com
*Attorneys for Defendants*

Approved via telephone on February 3, 2022, by:

LAW OFFICE OF JAMISON BARKLEY, LLC

Jamison Barkley
316 Garfield Street
Santa Fe, NM  87501
(505) 995-9602
jamison@jamisonbarkley.com

/s/ Philomena Hausler
Philomena Hausler