# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MURRAY POTTER,**

    Plaintiff,

v.                                                CIV-20-00823 KWR/KRS

**DETECTIVE FRANK TORRES**
**And CITY OF LAS CRUCES,**

    Defendants.

### ORDER GRANTING JOINT MOTION TO STAY THE DEADLINES RELATING TO SUBMISSION OF THE PARTIES' PRETRIAL ORDER

**THIS MATTER** came before the Court on "Joint Motion to Stay the Deadlines Relating to Submission of The Parties' Pretrial Order" [Doc. 88]. The Court, having reviewed the Motion, and noting it is a joint motion, and additionally, that this matter is not yet set for trial, finds the Motion is well taken and should be granted.

THEREFORE, it is ORDERED that:

1. Joint Motion to Stay the Deadlines Relating to Submission of The Parties' Pretrial Order GRANTED.

2. The deadlines relating to the submission of the Pretrial Order shall be stayed.

3. Plaintiff shall submit a Pretrial Order to Defendants no later than **forty-five (45) days** after the date on which the presiding judge resolves the last remaining dispositive motion.

4. Defendants shall submit a consolidated final Pretrial Order to the Court no later than **fourteen (14) days** after receiving Plaintiff's proposed Pretrial Order.

_____
KEVIN R. SWEAZEA
UNITED STATE MAGISTRATE JUDGE

Respectfully submitted:

**ROBLES, RAEL & ANAYA, P.C.**

s/ Philomena Hausler
Philomena Hausler
Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
luis@roblesrael.com
philomena@roblesrael.com
*Attorneys for Defendants*

Approved via email on March 21, 2022 by:

LAW OFFICE OF JAMISON BARKLEY, LLC

/s/ Jamison Barkley
Jamison Barkley
316 Garfield Street
Santa Fe, NM  87501
(505) 995-9602
jamison@jamisonbarkley.com
*Attorney for Plaintiff*