## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MURRAY POTTER,

    Plaintiff,

v.                                                                No.: 2:20-cv-00823-KWR-KRS

DETECTIVE FRANK TORRES
and CITY OF LAS CRUCES,

    Defendants.

## FINAL ORDER AND JUDGMENT

    **THIS MATTER** having come before the Court upon the parties' *Stipulation of Dismissal* of Count III of the Complaint (Doc. 124), and the Court having already entered its *Memorandum Opinion and Order* granting summary judgment in Defendant Torres' favor on Count II of the Complaint (Doc. 115), and the *Order Granting Defendants' Unopposed Motion to Dismiss Count I for False Arrest* (Doc. 35), the Court being fully advised in the matter and having reviewed the file, **FINDS** there is no further matter pending before this Court and enters this Final Order & Judgment pursuant to FED. R. CIV. P. 54.

    **IT IS THEREFORE ORDERED, ADJUDGED**, and **DECREED** that this matter is **CLOSED** and **REMOVED** from the pending docket.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

1

**SUBMITTED AND APPROVED:**

LAW OFFICE OF JAMISON BARKLEY, LLC

*/s/ Jamison Barkley*

LAW OFFICE OF JAMISON BARKLEY, LLC

**s/ Jamison Barkley**
Jamison Barkley
316 Garfield St.
Santa Fe, NM 87501
(505) 995-9602
jamison@jamisonbarkley.com

and

Ramona J. Martinez-Salopek Bar No. 146304
Attorney for Respondent
230 S. Alameda Blvd., Bldg. B
Las Cruces, NM 88005
(575) 541-0329
ramona@smslawnm.com
*Attorneys for Plaintiff*


Approved:

*via email 12/1/2022*
Philomena Hausler
Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
philomena@roblesrael.com
luis@roblesrael.com
*Attorneys for City of Las Cruces and Frank Torres*